**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ernesto CASTILLO–ROJAS,**
**Defendant—Appellant.**

**No. 06–30405.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Helen J. Brunner, Esq., Leonie G.H. Grant, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Peter K. Mair, Esq., Mair, Camiel & Kovach, P.S., Robert M. Leen, Esq., Seattle, WA, for Defendant–Appellant.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

MEMORANDUM **

Ernesto Castillo–Rojas appeals from the 87–month sentence imposed following his

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We reject the government's contention that the invited error doctrine precludes us from considering the merits of this appeal. *See United States v. Perez,* 116 F.3d 840, 845 (9th Cir.1997) (en banc).

Castillo–Rojas contends that the district court erred by applying a two-level enhancement for possession of a dangerous weapon pursuant to U.S.S.G. § 2D1.1(b)(1). Upon review, we conclude that the district court properly found that Castillo–Rojas's co-defendant possessed firearms in connection with the offense, and that the possession of firearms in connection with a major drug sale was reasonably foreseeable. *See United States v. Ortiz,* 362 F.3d 1274, 1277–78 (9th Cir. 2004).

**AFFIRMED.**